IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID EUGENE GRAHAM,

    Plaintiff,

vs.                              CASE NO. 5:10cv27/RS-EMT

OFFICER M. NEEL., et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Order and Report and Recommendation (Doc. 21) and Plaintiff's Specific Written Objections (Doc. 22). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion For Leave To File An Amended Complaint (Doc. 19) is denied. Plaintiff's proposed Third Amended Complaint (Doc. 20) shall not take effect.

**ORDERED** on October 21, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**