IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID EUGENE GRAHAM,

    Plaintiff,

vs.                                                   CASE NO. 5:10cv27/RS-EMT

OFFICER M. NEEL., et al,

    Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 18) and Plaintiff's Specific Written Objections (Doc. 22). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The clerk is directed to enter judgment for Defendants and to close the file.

**ORDERED** on November 5, 2010.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**